FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 1, 2021

No. 04-20-00501-CR

Kevin Arick **O'DELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-19-0000144
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

On February 4, 2021, appellant filed a pro se "Motion to Dismiss Attorney Deborah Perry's Response to Appellate Court about Jurisdiction/Out of Time Appeal" and "Motion to Withdrawl [sic] Guilty Plea/Plea Bargain due to Involuntariness." On January 27, 2021, we issued a memorandum opinion and order in this appeal dismissing the appeal for lack of jurisdiction. After consideration, we **DENY** the motions.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court